IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEHAO YU,<br><br>        Plaintiff,<br><br>  vs.<br><br>KEN CLARY, Chief of Bellvue Police in Nebraska, in official capacity and individually; BELLVUE POLICE, THE US MINT, KRISTIE MCNALLY, GREG WEINMAN, and JOHN P. BRAWDY,<br><br>        Defendants. | **8:25CV426**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on Plaintiff's Motion for Summons. Filing No. 12. For the reasons set forth below the Motion for Summons shall be denied without prejudice as premature.

      Plaintiff filed a complaint on June 27, 2025. Filing No. 1. The Court performed an initial review of the complaint on October 20, 2025, pursuant to 28 U.S.C. § 1915(e), finding the complaint failed to state a claim and was subject to dismissal without amendment. Filing No. 11. In lieu of dismissal Plaintiff was granted leave to amend the complaint no later than November 19, 2025. *Id.* at 12.

      However, Plaintiff's Motion for Summons is premature as the amended complaint has not yet been filed so no initial review has been performed. *See e.g. Jackson v. Herrington*, 393 F. App'x 348, 353 (6th Cir. 2010) (explaining that Rule 4 requires plaintiffs to serve each defendant with a summons and a copy of a complaint, but district courts cannot issue summonses in *in forma pauperis* cases until after screening the complaint for frivolousness and other

defects under 28 U.S.C. § 1915(e)) (citation omitted). As an amended complaint has not yet been filed this Court cannot yet determine whether this matter may proceed to service of process.

IT IS THEREFORE ORDERED that the Motion for Summons, Filing No. 12, shall be denied without prejudice as premature. If Plaintiff elects to file an amended complaint by the November 19, 2025, deadline set forth in the Memorandum and Order dated October 20, 2025, Filing No. 11, the Court will conduct an initial review of the amended complaint pursuant to 28 U.S.C. § 1915(e) in its normal course of business.

Dated this 27th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge