IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZEHAO YU, | | |
| Plaintiff, | | **8:25CV426** |
| vs. | | |
| KEN CLARY, Chief of Bellvue Police in Nebraska, in official capacity and individually; BELLVUE POLICE, THE US MINT, KRISTIE MCNALLY, GREG WEINMAN, and JOHN P. BRAWDY, | | **MEMORANDUM AND ORDER** |
| Defendants. | | |

This matter is before the court on Plaintiff's Motion for Summons (the "Motion"), filed March 4, 2026, Filing No. 17, and for case management to address this Court's February 26, 2026, Memorandum and Order requiring Plaintiff to update his address by March 30, 2026, or the matter would be dismissed, Filing No. 16.

Plaintiff need not provide an updated address as the address provided in his Motion, which was filed after the February 26 Memorandum and Order, is identical to that which he previously provided. *Compare* Filing No. 10 *with* Filing No. 17. Therefore, it appears that the returned mail referenced in Filing No. 16 was caused by a typographical error and the address the Court has on file is Plaintiff's current address. However, while Plaintiff's case may proceed, the Motion shall be denied without prejudice as premature.

Plaintiff filed a complaint on June 27, 2025. Filing No. 1. Plaintiff was granted leave to proceed in forma pauperis on June 30, 2025. Filing No. 5. The Court performed an initial review of the complaint on October 20, 2025,

pursuant to 28 U.S.C. § 1915(e), finding the complaint failed to state a claim and was subject to dismissal without amendment. Filing No. 11. In lieu of dismissal, Plaintiff was granted leave to amend the complaint no later than November 19, 2025. *Id.* at 12. Plaintiff complied, filing an amended complaint on November 19, 2025. Filing No. 14.

While Rule 4 of the Federal Rules of Civil Procedure requires plaintiffs to serve each defendant with a summons and a copy of a complaint, district courts cannot issue summonses in *in forma pauperis* cases until after screening the complaint for frivolousness and other defects under 28 U.S.C. § 1915(e). *See, e.g.*, *Jackson v. Herrington*, 393 F. App'x 348, 353 (6th Cir. 2010) (citation omitted). Therefore, Plaintiff's Motion is premature as no initial review has been performed on the amended complaint.

IT IS THEREFORE ORDERED that:

1.  The Motion for Summons, Filing No. 17, shall be denied without prejudice as premature.

2.  The requirement that Plaintiff provide an updated address as set forth in this Court's February 26, 2026, Memorandum and Order is moot. *See* Filing No. 16. The Clerk of Court is instructed to terminate the pro se case management deadline in this case of "March 30, 2026: check for address."

3.  The Court will conduct an initial review of the amended complaint pursuant to 28 U.S.C. § 1915(e) in its normal course of business.

Dated this 19th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2