IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEHAO YU,<br><br>      Plaintiff,<br><br>   v.<br><br>GREG WEINMAN and MICHAEL HOLM,<br><br>      Defendants. | **8:25CV426**<br><br>**REASSIGNMENT ORDER** |

Pursuant to the supervising pro se judge's order of March 31, 2026 (Filing No. 19), this case is reassigned to Chief District Judge Robert F. Rossiter, Jr. for disposition and Magistrate Judge Ryan C. Carson for judicial supervision.

IT IS SO ORDERED.

Dated this 31st day of March 2026.

BY THE COURT:

*Robert F. Rossiter Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge