IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZEHAO YU,

        Plaintiff,

    vs.

GREG WEINMAN, Individually; AND
MICHAEL HOLM, Individually,

        Defendant.

8:25-cv-00426

MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING

Defendant Greg Weinman, individually, by and through undersigned counsel, John M. Ward and Timothy R. Hook, Assistant United States Attorneys for the District of Nebraska, respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an Order extending his time to answer or otherwise respond to the Complaint. The current due date for a response is June 1, 2026. Defendant respectfully requests a forty-five (45) day extension until July 16, 2026. In support of this Motion, Defendant states as follows:

1. This is a civil rights lawsuit where Defendant Greg Weinman, an attorney for the U.S. Mint, is sued in his individual capacity.

2. In individual capacity lawsuits, federal employees may request representation from the Department of Justice (DOJ). *See* 28 C.F.R. § 50.15. If so made, these representation requests are then analyzed and acted upon, as necessary, by the Constitutional Torts Branch at the Department of Justice in Washington, D.C.

3. Defendant Weinman has submitted a request for DOJ representation. Presently, this request is pending with the Constitutional Torts Branch at DOJ, and more time is needed to obtain a final decision. If the request for representation is approved, an Assistant United States Attorney must meet with Defendant Weinman and establish a formal

attorney-client relationship, which includes reviewing the facts of the subject complaint and formulating a response. Accordingly, additional time is required to complete this process.

4. Plaintiff has not been contacted regarding this extension request, and his position is unknown.

WHEREFORE, Greg Weinman, individually, requests the Court enter an Order extending his responsive pleading deadline until July 16, 2026.

Respectfully submitted,

Greg Weinman, Defendant

LESLEY A. WOODS
UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA

By:    s/ John M. Ward
      John M. Ward, #26636
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel:  (402) 661-3700
      Fax:  (402) 661-3081
      E-mail:  john.ward2@usdoj.gov

By:    s/ Timothy R. Hook
      Timothy R. Hook, #24529
      Assistant U.S. Attorney
      1620 Dodge Street, Suite 1400
      Omaha, NE  68102-1506
      Tel: (402) 661-3700
      Fax: (402) 661-3081
      E-mail: timothy.hook@usdoj.gov