IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZEHAO YU,

Plaintiff,

vs.

GREG WEINMAN, Individually; AND
MICHAEL HOLM, Individually,

Defendant.

8:25-cv-00426

SECOND MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE
PLEADING

Defendant Greg Weinman, individually, by and through undersigned counsel, John M. Ward and Timothy R. Hook, Assistant United States Attorneys for the District of Nebraska, respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an Order extending his time to answer or otherwise respond to the Amended Complaint. The current due date for a response is July 16, 2026. Defendant respectfully requests an eleven (11) day extension until July 27, 2026. In support of this Motion, Defendant states as follows:

1. This is a civil rights lawsuit where Defendant Greg Weinman, an attorney for the U.S. Mint, is sued in his individual capacity.

2. Upon Motion by Mr. Weinman, this Court previously extended his responsive pleading deadline until July 16, 2026. (*See* Filing No. 31, Filing No. 32).

3. Since Mr. Weinman's previously filed Motion for Extension, DOJ has authorized representation of Mr. Weinman and undersigned counsel has taken active steps in their representation of Mr. Weinman.

4. Mr. Weinman, by and through undersigned counsel, anticipates filing a dispositive motion with briefing and evidentiary materials. He requests additional time to complete these tasks

as it requires consultation with various components within the United States Department of Justice, including the Constitutional Torts Branch in Washington, D.C.

5. Plaintiff has been contacted regarding this extension request by email on 7/13/2026 at 2:27 p.m. central time, and he has not responded as of this filing.

6. Counsel for Defendant Holm has been contacted and does not object to this request.

WHEREFORE, Greg Weinman, individually, requests the Court enter an Order extending his responsive pleading deadline until July 27, 2026.

Respectfully submitted,

Greg Weinman, Defendant

LESLEY A. WOODS
UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA

By:     s/ John M. Ward
        John M. Ward, #26636
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3081
        E-mail:  john.ward2@usdoj.gov

By:     s/ Timothy R. Hook
        Timothy R. Hook, #24529
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel: (402) 661-3700
        Fax: (402) 661-3081
        E-mail: timothy.hook@usdoj.gov