IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ZEHAO YU,

          Plaintiff,

   v.

GREG WEINMAN, Individually; AND
MICHAEL HOLM, Individually,

          Defendants.

8:25CV426

DEFENDANT GREG WEINMAN'S
MOTION TO DISMISS, OR IN THE
ALTERNATIVE, MOTION FOR
SUMMARY JUDGMENT

COMES NOW Defendant Greg Weinman, by and through counsel, and files this Motion to Dismiss, or in the alternative, Motion for Summary Judgment, and states to the Court as follows:

1. The Court lacks personal jurisdiction over Mr. Weinman pursuant to Fed. R. Civ. P. 12(b)(2).

2. The Court should not extend a judicially implied *Bivens* remedy in this case, and dismissal is appropriate under Fed. R. Civ. P. 12(b)(6).

3. Mr. Weinman is entitled to qualified immunity and the claims against him must be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6) or alternatively pursuant to Fed. R. Civ. P. 56, as there are no genuine disputes as to any material facts.

4. Defendant has filed contemporaneously herewith a brief and index of evidentiary materials, which are incorporated by reference as though fully reiterated herein.

WHEREFORE, Defendant prays the Court grant its Motion to Dismiss or, alternatively, grant summary judgment in Defendant's favor, and for any other relief the Court deems appropriate and just.

Respectfully submitted,

GREG WEINMAN, Defendant

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ John M. Ward
       John M. Ward, #26636
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 661-3081
       E-mail:  john.ward2@usdoj.gov

By:    s/ Timothy R. Hook
       Timothy R. Hook, #24529
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel: (402) 661-3700
       Fax: (402) 661-3081
       E-mail: timothy.hook@usdoj.gov

2