IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEHAO YU,<br><br>      Plaintiff,<br><br>  vs.<br><br>GREG WEINMAN, Individually; AND<br>MICHAEL HOLM, Individually,<br><br>      Defendants. | 8:25CV426<br><br>INDEX OF EVIDENCE IN SUPPORT<br>OF DEFENDANT GREG WEINMAN'S<br>MOTION TO DISMISS, OR IN THE<br>ALTERNATIVE, MOTION FOR<br>SUMMARY JUDGMENT |

Pursuant to NECivR 7.1(a)(2), Defendant Greg Weinman, by and through undersigned counsel, submits the following evidentiary material in support of his brief in support of his Motion to dismiss:

1.  Declaration of Greg Weinman dated July 24, 2026.

For Greg Weinman.

LESLEY A. WOODS
United States Attorney
District of Nebraska


By:    s/ John M. Ward
        John M. Ward, #26636
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3081
        E-mail:  john.ward2@usdoj.gov

By:    s/ Timothy R. Hook
        Timothy R. Hook, #24529
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel: (402) 661-3700
        Fax: (402) 661-3081
        E-mail: timothy.hook@usdoj.gov