ZEHAO YU,

      Plaintiff,

    v.

GREG WEINMAN, Individually; AND
MICHAEL HOLM, Individually,

      Defendants.

8:25CV426

DECLARATION OF GREG WEINMAN

I, Greg Weinman, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with United States District Court for the District of Nebraska, and that it is the legal equivalent of a statement under oath.

1.     The statements in this declaration are based on my personal knowledge and review of the Amended Complaint (Filing No. 14) and Memorandum and Order (Filing No. 19) in U.S. District Court (D. Neb.) at case number 8:25CV426.

2.     I am currently employed as the Deputy Chief Counsel for the United States Mint, a position I have held since June 2024. My office is located in Washington, D.C.

3.     Since December 2024, I have been serving as the Acting Chief Counsel for the United States Mint. My office is located in Washington, D.C.

4.     Prior to becoming Deputy Chief Counsel, I was employed as a Senior Attorney with the United States Mint from September 1997 until June 2024. My office was located in Washington D.C.

5.     The United States Mint is a bureau of the United States Department of Treasury.

6.     Since April 2024. I have maintained my primary residence in Virginia.

7. I also maintain a residence in the District of Columbia since January 2019.

8. I resided in Maryland from March 1998 until January 2019.

9. I had no knowledge of Plaintiff until I was made aware of this lawsuit.

10. I have never resided in the State of Nebraska and have never owned property, maintained an office, held a mailing address, or maintained any financial accounts in Nebraska.

11. Since attaining the age of majority, I have not visited the State of Nebraska.

12. I have never traveled to Nebraska for any work-related purpose connected to the events or allegations in this lawsuit.

13. I have not directed, authorized, instructed, or encouraged any person in Nebraska or elsewhere to take any action regarding Plaintiff.

14. I have never taken any action from Washington, D.C. or elsewhere with the intent or expectation of causing effects in Nebraska or anywhere else concerning Plaintiff.

15. I have never participated in any of the events alleged in Plaintiff's Amended Complaint.

16. I have never participated directly or indirectly in any of the events alleged to have occurred in Nebraska or elsewhere.

17. I have never engaged in any conduct purposely directed at the State of Nebraska that relates in any way to Plaintiff's claims.

18. I have not made or received any reports, emails, phone calls, or other communications concerning Plaintiff or the events alleged in his Amended Complaint before I became aware of this lawsuit.

2

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

7/24/2024

Date

Greg Weinman
Acting United States Mint Chief Counsel
United States Mint