IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEHAO YU,<br><br>        Plaintiff,<br><br>  v.<br><br>GREG WEINMAN, Individually; AND<br>MICHAEL HOLM, Individually,<br><br>        Defendants. | 8:25CV426<br><br>CERTIFICATE OF SERVICE |

The undersigned hereby certifies that on July 24, 2026, a true and accurate copy of this Filing and Filings Nos. 39, 40, 41, and 42 were emailed and mailed to the *Pro Se* Party via FedEx, postage prepaid, at the following address:

Zehao Yu
100 Carrer de Mallorca St.
Barcelona 08029 Spain

Emailed to: zehaoyu2003@outlook.com

For Defendant Greg Weinman.

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:     s/ John M. Ward
        John M. Ward, #26636
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel: (402) 661-3700
        Fax: (402) 661-3081
        E-mail:  john.ward2@usdoj.gov

By:     s/ Timothy R. Hook
        Timothy R. Hook, #24529
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel: (402) 661-3700
        Fax: (402) 661-3081
        E-mail: timothy.hook@usdoj.gov