IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZEHAO YU,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL HOLM, in his individual capacity;<br><br>Defendant. | **8:25CV426**<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the court on its own motion upon review of the docket. On September 30, 2026, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No. 53; Filing No. 56). Plaintiff was advised, by email on October 26, 2026, that recent mailings were returned undeliverable and that if no update was filed on or before November 6, 2026, the court would enter an order to show cause why this case should not be dismissed for failure to comply with the Local Rules and/or for want of prosecution. Plaintiff has not responded to the court's email nor taken any action on the docket.

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown. In addition to the court's most recent advisements, Plaintiff has previously been advised of the requirement to update his address

(*See* Filing No. 11; Filing No. 19) and that failure to update his address may result in dismissal of this case without further notice (*See* Filing No. 8; Filing No. 16).

IT IS ORDERED that:

1) Plaintiff must update his address within 30 days. Failure to do so will result in a recommendation that this action be dismissed without further notice to Plaintiff.
2) The Clerk of the Court is directed to set a case management deadline using the following text: **December 9, 2026:** check for address.

Dated this 9th day of November, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge